[Civil No. 1367.    Filed January 26, 1914.]

[138 Pac. 20.]

A. B. FANCHER, Petitioner, v. SUPERIOR COURT OF MOHAVE COUNTY, STATE OF ARIZONA, and J. A. GRELLE, Respondents.

COURTS—SUPREME COURTS—JURISDICTION—CERTIORARI.—The supreme court has power to issue *certiorari* to review a trial court's judgment only in those cases within its appellate jurisdiction, and where necessary and proper to complete exercise thereof.

Original petition for writ of *certiorari.*    Denied.

The facts are stated in the opinion.

Mr. J. E. Russell and Mr. Ross H. Blakely, for Petitioner.

No appearance for Respondents.

PER CURIAM.—It is conceded by the petitioner that the cause of action herein is not within the appellate jurisdiction of this court, and an examination of the petition shows clearly that it is not.    On the authority of *Tyler* v. *District Court,* 14 Ariz. 6, 123 Pac. 315, and *State ex rel. Wooster* v. *Sapp, ante,* p. 24, 35 Pac. 718, the petition for the writ is denied.